

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00165-CV

| | | |
|---|---|---|
| IN THE INTEREST OF E.L. AND P.L., CHILDREN | § | On Appeal from the 325th District Court |
| | § | of Tarrant County (325-764877-25) |
| | § | August 21, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. The provision on page 30 of the trial court's order is modified to read, "One nail bed test shall be submitted in the month of January, and the second nail bed test shall be submitted in the month of July of each year." And to correct a clerical error, we modify the cause number on the trial court's order to 325-764877-25.

It is ordered that the order of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Wade Birdwell
Justice Wade Birdwell